IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COLEGIO DE ABOGADOS Y ABOGADAS DE PUERTO RICO, ET AL.<br><br>Plaintiffs<br><br>vs.<br><br>HON. SIGFRIDO STEIDEL FIGUEROA, ET AL.<br><br>Defendants | CIVIL NO. 19-2135 (WGY)<br><br>RE: Violation of Civil Rights; Action for Declaratory Judgment, Injunctive Relief and Attorney's Fees |

## **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

COME NOW the Plaintiffs to this action, by and through their undersigned counsel, and, pursuant to Local Rule 7(a) and 15(d), Fed.R.Civ.P., respectfully inform that:

1. Plaintiffs learned yesterday that the Puerto Rico Supreme Court issued a Resolution on February 5, 2020, enacting numerous and extensive amendments to the Regulation that is the subject of this action.

2. Plaintiffs are analyzing the amendments in question to determine what impact, if any, they may have over their various claims for relief.

3. Plaintiffs are also studying whether this unexpected and Eleventh-Hour development will require the filing of a Second Supplemental and Amended Complaint.

WHEREFORE, Plaintiffs respectfully so inform the Court for all pertinent legal purposes.

WE HEREBY CERTIFY: That on this same date we filed the preceding Motion with the Clerk of the Court using the CM/ECF system, which will send notification of its filing to all counsel of record.

Respectfully submitted, in San Juan, Puerto Rico, on February 7, 2020.

*S/Tanaira Padilla-Rodríguez*
TANAIRA PADILLA-RODRÍGUEZ
USDC-PR No. 227912
Ave. Ponce de León 1225
VIG Tower, Suite 1500
San Juan, P.R. 00907
Phone (787) 620-0527
Fax (787) 620-0039
tanairapadilla@yahoo.com

*S/Guillermo Ramos Luiña*
GUILLERMO RAMOS LUIÑA
USDC-PR NO. 204007
gramlui@yahoo.com

P. O. Box 22763, UPR Station
San Juan, PR 00931-2763
Tel. 787-620-0527
Fax 787-620-0039