IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| COLEGIO DE ABOGADOS Y ABOGADAS DE PUERTO RICO, ET AL.<br><br>Plaintiffs<br><br>vs.<br><br>HON. SIGFRIDO STEIDEL FIGUEROA, ET AL.<br><br>Defendants | CIVIL NO. 19-2135 (WGY) (MBB)<br><br><br>RE: Violation of Civil Rights; Action for Declaratory Judgment, Injunctive Relief and Attorney's Fees |

## **ASSENTED MOTION TO CONTINUE**

TO THE HONORABLE COURT:

COME NOW the Plaintiffs to this action, by and through their undersigned counsel, and, pursuant to Local Rule 7(a) respectfully state and pray as follows:

1. On December 8, 2020, the Court scheduled the mediation session for January 19, 2021. ECF 63. The scheduling Order requires the presence of all Plaintiffs and Defendants and that the Parties submit confidential settlement memoranda three (3) business days before the hearing.

2. Regrettably, for that date several Plaintiffs have previously scheduled hearings in other judicial proceedings. Thus, they are compelled to request that mediation session be continued. Plaintiffs further request that the filing deadline for the confidential settlement memoranda be moved accordingly.

3. In compliance with the Scheduling Order (ECF 63), Plaintiffs' counsel conferred with Defendants' counsel to identify and propose mutually agreeable alternate dates for the re-scheduling of the mediation session to be held in this case.

- 1 -

- 2 -

4. As a result of that consultation process, the following dates were ascertained: March 2 and 10, 2021, both days starting at 1:00 p.m. EST.

5. Defendants' counsel has seen a draft of this Motion prior to its filing and consents to this request.

WHEREFORE, Plaintiffs respectfully request that the mediation session set for January 19, 2021 be continued and that it be re-scheduled for any of the alternate dates identified in ¶ 4, *supra*. Plaintiffs further request that the deadline for the submission of the Parties' confidential settlement be memoranda de set for three (3) business days prior to the new date for the mediation hearing.

WE HEREBY CERTIFY: That on this same date we filed the preceding Motion with the Clerk of the Court using the CM/ECF system, which will send notification of its filing to all counsel of record.

Respectfully submitted, in San Juan, Puerto Rico, on January 14, 2021.

*S/Tanaira Padilla-Rodríguez*
TANAIRA PADILLA-RODRÍGUEZ
USDC-PR No. 227912
Ave. Ponce de León 1225
VIG Tower, Suite 1500
San Juan, P.R. 00907
Phone (787) 620-0527
Fax (787) 620-0039
tanairapadilla@yahoo.com

*S/Guillermo Ramos Luiña*
GUILLERMO RAMOS LUIÑA
USDC-PR NO. 204007
gramlui@yahoo.com

P. O. Box 22763, UPR Station
San Juan, PR 00931-2763
Tel. 787-620-0527
Fax 787-620-0039