**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| COLEGIO DE ABOGADOS Y ABOGADAS DE PUERTO RICO, ET AL., | CIVIL NO. 19-2135 (WGY) |
| Plaintiffs, | RE: Civil Rights; Declaratory Judgment; Injunctive Relief |
| v. | |
| HON. SIGFRIDO STEIDEL FIGUEROA, ET AL., | |
| Defendants. | |

**CONSENTED MOTION FOR FINAL EXTENSION TO CONCLUDE THE ONGOING SETTLEMENT EFFORTS**

TO THE HONORABLE COURT:

COME NOW, Plaintiffs through their undersigned counsel and respectfully state and pray as follows:

1.     The Parties have been conducting settlement conversations pursuant to the mediation process that was suggested by the Court and accepted by the Parties.

2.     Although the process has not proceeded with the expediency that the Parties would have preferred – for reasons beyond the Parties' control –, it seems that the conversations are entering their final stage.

3.     Thus, Plaintiffs understand that a final extension of sixty (60) additional days would be warranted to see if the Parties are ultimately able to resolve their differences.

4.     Defendants consent to this request.

WHEREFORE, it is respectfully requested that this Honorable Court take notice of the above and consequently, grant the Parties a final 60-day extension or until August 29, 2021, to conclude the ongoing negotiations.

WE HEREBY CERTIFY: that, on this same date, the foregoing document was filed with the Clerk of this Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

Respectfully submitted, in San Juan Puerto Rico, on June 28th 2022.

*S/Guillermo Ramos-Luiña*
Guillermo Ramos-Luiña
USDC-PR No. 204007
gramlui@yahoo.com

PO Box 00931-2763
San Juan, PR 00931-2763
Tel: (787) 620-0527
Fax: (787) 620-0039

*S/Tanaira Padilla-Rodríguez*
Tanaira Padilla-Rodríguez
USDC-PR No. 227912

Ave. Ponce de León 1225
VIG Tower, Suite 1500
San Juan, P.R., 00907
Tel: (787) 620-0527
Fax: (787) 620-0039

*Attorneys for the Plaintiffs*